ACCEPTED
15-25-00015-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/1/2025 3:32 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00015-CV

# In the Fifteenth Court of Appeals
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/1/2025 3:32:50 PM
CHRISTOPHER A. PRINE
Clerk

JAMIE SMITH, IN HIS OFFICIAL CAPACITY AS DISTRICT CLERK OF
JEFFERSON COUNTY, TEXAS,

*Appellant,*

V.

MEGAN LaVOIE, IN HER OFFICIAL CAPACITY AS ADMINISTRATIVE
DIRECTOR TEXAS OFFICE OF COURT ADMINISTRATION,

*Appellee*

On Appeal from the 455th Judicial District Court
Travis County, Texas

## UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF INTERESTED PARTY

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Pursuant to Rules 10.5 and 64.5 of the Texas Rules of Appellate Procedure, Interested Party, Courthouse News Service ("CNS") files this Unopposed First Motion of Extension of Time to File its Brief, and respectfully shows the Court as follows:

1. The current deadline for CNS's response is May 30, 2025. CNS requests an extension of time to file its response brief as CNS's lead

counsel will be out of the country on a previously scheduled vacation from May 19-31, 2025.

2. CNS requests that the deadline for filing its Brief be extended by thirty (30) days to Monday, June 30, 2025. This is CNS's first request for an extension on its response brief and is not sought for the purpose of delay.

WHEREFORE, Interested Party Courthouse News Service respectfully prays that the Court extend the deadline to file its response brief to June 30, 2025 and grant CNS such other and further relief to which it is entitled.

Respectfully submitted,

By: /s/ Matt Dow

Matt Dow
State Bar No. 06066500
mdow@jw.com
Peter C. Hansen
State Bar No. 24066668
phansen@jw.com
Cody Lee Vaughn
State Bar No. 24115897
cvaughn@jw.com
JACKSON WALKER LLP
100 Congress Ave., Suite 1100
Austin, Texas 78701
(512) 236-2000

COUNSEL FOR INTERESTED PARTY
COURTHOUSE NEWS SERVICE

## CERTIFICATE OF SERVICE

I certify that on May 1, 2025, a true and correct copy of the foregoing document was served via FileTime e-filing system on all counsel of record.

/s/ Matt Dow
Matt Dow

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kristine Porter on behalf of Matt Dow
Bar No. 6066500
kporter@jw.com
Envelope ID: 100343556
Filing Code Description: Motion
Filing Description: Unopposed First Motion for Extension of Time to File Brief of Interested Party
Status as of 5/1/2025 4:04 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Peter Hansen | | phansen@jw.com | 5/1/2025 3:32:50 PM | SENT |
| Quentin D.Price | | Quentin.Price@jeffersoncountytx.gov | 5/1/2025 3:32:50 PM | SENT |
| Kristine Porter | | kporter@jw.com | 5/1/2025 3:32:50 PM | SENT |
| Sandra Mott | | Sandra.Mott@jeffersoncountytx.gov | 5/1/2025 3:32:50 PM | SENT |
| Cody Vaughn | | cvaughn@jw.com | 5/1/2025 3:32:50 PM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 5/1/2025 3:32:50 PM | SENT |
| Matthew Dow | | mdow@jw.com | 5/1/2025 3:32:50 PM | SENT |
| Nicole Myette | | nicole.myette@oag.texas.gov | 5/1/2025 3:32:50 PM | SENT |
| John Edwards | | jedwards@jw.com | 5/1/2025 3:32:50 PM | SENT |